United States Court of Appeals
Fifth Circuit

**F I L E D**

June 20, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-40706
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EMMANUEL HERRERA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:05-CR-1043-ALL
--------------------

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Emmanuel
Herrera has moved for leave to withdraw and has filed a brief in
accordance with Anders v. California, 386 U.S. 738 (1967).
Herrera has not filed a response.  Our independent review of
counsel's brief and the record discloses no nonfrivolous issue
for appeal.  Accordingly, counsel's motion for leave to withdraw
is GRANTED, counsel is excused from further responsibilities
herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.